JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>           Plaintiff,<br><br>      v.<br><br>HOMETOWN BUFFET, INC. dba HOMETOWN BUFFET #0804; FP1-11, LLC; HAWTHORNE REAL ESTATE PARTNERS, LLC,<br><br>           Defendants. | Case No. CV14-06774-ODW(RZx)<br><br>**ORDER DISMISSING COMPLAINT AND COUNTER CLAIM WITH PREJUDICE**<br><br>Complaint Filed: August 29, 2014<br>Trial Date:       None<br>District Judge:  Hon. Otis D. Wright II |

Proposed Order re
Stipulation for

## **ORDER**

Upon consideration of the parties' Joint Stipulation for Dismissal of the entire action, and good cause appearing, the Court hereby ORDERS the Complaint and the Counter Claim of Hawthorne Real Estate Partners LLC be dismissed in their entirety with prejudice, with each party to bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 5, 2015

_____
The Honorable Otis D. Wright II
United States District Judge